INTERBORO INDUSTRIALS, INC., Appellant, v. ABRAHAM H. EICHER, Doing Business as HARLEM CHEMICAL COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANNA E. PROVOST, Appellant, v. DANIEL E. PROVOST, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARION DICKERMAN, Individually and as Trustee under an Agreement of Consolidation between DALTON SCHOOLS, INC., and TODHUNTER SCHOOL, Appellant, v. HELEN PARKHURST et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT Z. STANDIK, Appellant, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ERNESTA MORRIS v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

B. H. KRUEGER, INC., v. HEARN DEPARTMENT STORES, INC.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

ROBITZEK INVESTING CO., INC., v. COLONIAL BEACON OIL COMPANY.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

30 EAST 72ND STREET REALTY CORPORATION v. JENNIE D. CARDOZO et al., as Executors of WILLIAM B. CARDOZO, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BROADCAST MUSIC, INC., et al. v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

In the Matter of GEORGE PERPENTE against PAUL MOSS, as Commissioner of Licenses of the City of New York.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

JULIE F. SHIPMAN v. TITLE GUARANTEE AND TRUST COMPANY, as Successor Trustee, JULIE F. SHIPMAN, as Executrix of EDSON BRADLEY, Deceased, and PERCY F. MELVILLE et al.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

JULIE F. SHIPMAN v. TITLE GUARANTEE AND TRUST COMPANY, as Successor Trustee, JULIE F. SHIPMAN, as Executrix of EDSON BRADLEY, Deceased, and

776

PERCY F. MELVILLE et al.—
Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

NATIONAL TRANSPORTATION CO., INC., v. EMERALD CAB CORPORATION et al., Impleaded with Others.—
Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

MARY DOUGLASS v. CITY OF NEW YORK.—
Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

In the Matter of MARTIN J. KEANE et al. against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission, et al., and JOSEPH M. BARRY, Individually and on Behalf of Others Similarly Situated.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

MARTIN M. ZIMBALIST, as Receiver of the Property of HARRY FINN, v. FINCO DYE & PRINT WORKS, INC., et al.—
Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS G. PACENT v. WARNER BROS. PICTURES, INC., et al.—
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

EMANUEL D. KING, on Behalf of Himself and All Other Stockholders of A. G. SPALDING & BROS., INC., v. A. G. SPALDING & BROS., INC., et al., Impleaded with CHARLES F. ROBBINS et al.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PIERCE T. WETTER v. ROBERT MOSES, Individually and as Commissioner of Parks of the City of New York.—
Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

CHARLES BRACELIN v. MILDRED BRACELIN.—
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

In the Matter of MAE HALLEWELL, as Executrix of FRANK A. VAUPEL, Deceased. RICHARD J. MACKEY et al.—
Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

(May 28, 1943.)

JOHN MARTINITZ, Respondent, v. JOHN TRAINER et al., Appellants.—

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to affirm. Settle order on notice.

In the Matter of the Accounting of FREDERICK T. WALKER, as Trustee under the Will of HUGH C. FOX, Deceased. HUGH C. FOX, JR., Appellant; FREDERICK T. WALKER, Individually and as Surviving Trustee under the Will of HUGH